Michael Millen
Attorney at Law (#151731)
119 Calle Marguerita Ste. 100
Los Gatos, CA 95032
Telephone: (408) 871-2777
Fax: (408) 516-9861
mikemillen@aol.com

Catherine Short, Esq. (#117442)
Life Legal Defense Foundation
PO Box 1313
Ojai, CA 93024
(707) 337-6880
kshort@lldf.org

Attorneys for Plaintiffs



GRANTED
Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (San Jose Division)

| | |
|---|---|
| TERESITA AUBIN, DAVID BROWNFIELD, and WYNETTE SILLS,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his capacity as Attorney General of the State of California,<br><br>Defendant. | NO.: 21-CV-07938-NC<br><br>**JOINT NOTICE OF PROPOSED MOTION/BRIEFING SCHEDULE**<br><br>Courtroom: #5<br>Judge: Cousins |

**JOINT NOTICE OF PROPOSED MOTION/BRIEFING SCHEDULE**     21-CV-07938-NC

The parties hereby propose the following Motion/Briefing Schedule:

**February 9, 2022:** Plaintiff's Motion for Summary Judgment or, in the alternative, Preliminary Injunction

**March 9, 2022:**   Defendant's Combined Opposition and Cross-Motion for Summary Judgment

**March 23, 2022**:   Plaintiff's Reply and Opposition

**April 6, 2022:**   Defendants Reply

**April 27, 2022:**   Hearing  by Zoom webinar

Dated: January 11, 2022

_____
MICHAEL MILLEN, ESQ.
Attorney for Plaintiffs

Dated: January11, 2022

       /s/ Rita Bosworth       
RITA B. BOSWORTH, ESQ.
Deputy Attorney General
Attorneys for Def. Rob Bonta, in His Official Capacity